Same case below, 428 Fed. Appx. 228.

**No. 11-6672. John Michael Lerma, Petitioner v. United States.**

565 U.S. 994, 132 S. Ct. 540, 181 L. Ed. 2d 378, 2011 U.S. LEXIS 7687.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 427 Fed. Appx. 673.

**No. 11-6685. Antuan Dicks, Petitioner v. United States.**

565 U.S. 994, 132 S. Ct. 540, 181 L. Ed. 2d 378, 2011 U.S. LEXIS 7611.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-6674. James Lynn Styers, Petitioner v. Arizona.**

565 U.S. 994, 132 S. Ct. 540, 181 L. Ed. 2d 378, 2011 U.S. LEXIS 7653.

October 31, 2011. Petition for writ of certiorari to the Supreme Court of Arizona denied.

Same case below, 227 Ariz. 186, 254 P.3d 1132.

**No. 11-6693. Cesar Acosta-Gallardo, Petitioner v. United States.**

565 U.S. 994, 132 S. Ct. 540, 181 L. Ed. 2d 378, 2011 U.S. LEXIS 7724.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 656 F.3d 1109.

**No. 11-6676. David Arias, Petitioner v. United States.**

565 U.S. 994, 132 S. Ct. 540, 181 L. Ed. 2d 378, 2011 U.S. LEXIS 7634.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 420 Fed. Appx. 923.

**No. 11-6695. Jose Hilario Pascual, Petitioner v. United States.**

565 U.S. 994, 132 S. Ct. 541, 181 L. Ed. 2d 378, 2011 U.S. LEXIS 7672.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6681. Michael A. Clark, Petitioner v. United States.**

565 U.S. 994, 132 S. Ct. 540, 181 L. Ed. 2d 378, 2011 U.S. LEXIS 7666,

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 11-6699. Jean Carlos Medina-Flores, Petitioner v. United States.**

565 U.S. 994, 132 S. Ct. 541, 181 L. Ed. 2d 378, 2011 U.S. LEXIS 7640.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.